```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LINDA SLADE,

                Plaintiff,

    - against -

DM LUXURY, LLC,

                Defendant.

22-cv-6714 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for October 6, 2022 is **canceled**.

SO ORDERED.

Dated:    New York, New York
            September 27, 2022

                                              John G. Koeltl
                                  United States District Judge