UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA SLADE,

                        Plaintiff,                    22-cv-6714

            - against -                               ORDER

DM LUXURY, LLC,

                        Defendant.

JOHN G. KOELTL, District Judge:

    The time to respond to the complaint was extended to **October 11, 2022** by Order dated September 8, 2022.

    The Parties are directed to submit a Rule 26(f) report by October 25, 2022.


SO ORDERED.

Dated:    New York, New York
          September 30, 2022

                                    _____
                                           John G. Koeltl
                                    United States District Judge